UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 54930
  JEREMY B LUCKETT
  MICHELLE A LUCKETT                         CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-7116    SSN XXX-XX-1995

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/14/05 and confirmed on 12/16/05.

     2.  The case was dismissed after confirmation, 09/12/2008.

     3.  The Debtor paid a total of $ 27226.00 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | 15726.06 | .00 | 15726.06 |
| FIRST BANK & TRUST EVANS | SECURED | 5900.00 | 626.62 | 3495.29 |
| TRIAD FINANCIAL CORP | SECURED | 4860.00 | 516.34 | 2879.11 |
| US DEPARTMENT OF EDUCATI | UNSECURED | .00 | .00 | .00 |
| ERICK BOHLMAN ESQ | REIMBURSEMENT | 194.00 | .00 | 194.00 |
| TRIAD FINANCIAL CORP | UNSECURED | 837.74 | .00 | .00 |

          Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 26486.06 | 194.00 | 837.74 | .00 | 27517.80 |
| PRINCIPAL PAID | 22100.46 | 194.00 | .00 | .00 | 22294.46 |
| INTEREST PAID | 1142.96 | .00 | .00 | .00 | 1142.96 |
| TOTAL PAID | 23243.42 | 194.00 | .00 | .00 | 23437.42 |

The Debtor's attorney, ERICK BOHLMAN ESQ           , was allowed $  2700.00
and was paid $   2700.00 .

The Trustee received $   1088.58 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 12/16/08              /S/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE

```
                        PAGE   2
CASE NO. 05 B 54930 JEREMY B LUCKETT & MICHELLE A LUCKETT
```